UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | NO.  EDCV 15-168-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected, and has considered Plaintiff's motion for leave to amend her complaint, which was filed after the Report and Recommendation issued.

The Court accepts the findings and recommendation of the Magistrate Judge. Defendants are immune from liability under 26 U.S.C. § 6332(e).  Plaintiff's objections are without merit and amendment would be futile.  Plaintiff's motion for leave to amend the complaint and motion for summary judgment are denied.

IT IS ORDERED that Judgment be entered denying and dismissing this action with prejudice.

DATED:   8/6/15

DALE S. FISCHER
United States District Judge